■ CHRISTINE M. DOE, Appellant, v DAVID B. ROE, Respondent. (Appeal No. 2.) [596 NYS2d 743] —Order unanimously affirmed without costs. Memorandum: Supreme Court did not abuse its discretion in granting defendant's motion to amend the caption. (Appeal from Order of Supreme Court, Erie County, Rath, Jr., J.—Amend Caption.) Present—Green, J. P., Fallon, Boomer, Davis and Boehm, JJ.